# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 28, 2026

Lyle W. Cayce
Clerk

No. 25-50169
Summary Calendar

Steven Lawrence Hopper,

*Petitioner—Appellant*,

*versus*

Eric Guerrero, *Executive Director, Texas Department of Criminal Justice*,

*Respondent—Appellee*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:24-CV-456

Before Wiener, Willett, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Following the dismissal as time barred of his 28 U.S.C. § 2254 petition, Petitioner-Appellant Steven Lawrence Hopper, Texas prisoner # 2436570, was granted a certificate of appealability as to whether the district court erred in determining, for purposes of applying tolling under 28 U.S.C. § 2244(d)(2), the date on which Hopper filed his application for state

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50169

collateral review. This appeal follows, accompanied by Hopper's motions for appointment of counsel, review of grand jury documents, review of state counsel files, an evidentiary hearing, bail pending appeal, and default judgment.

Hopper fails to show reversible error. *See Roberts v. Cockrell*, 319 F.3d 690, 693 (5th Cir. 2003). He does not address the time bar issue in his initial or supplemental brief and has therefore waived the relevant issue on appeal. *See Lookingbill v. Cockrell*, 293 F.3d 256, 263 (5th Cir. 2002); *Grant v. Cuellar*, 59 F.3d 523, 524 (5th Cir. 1995). Insofar as Hopper provides a conclusional statutory tolling argument in his reply brief, we do not consider it. *See United States v. Aguirre-Villa*, 460 F.3d 681, 683 n.2 (5th Cir. 2006).

The judgment is AFFIRMED. All pending motions are DENIED.